# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DAVID LEE STARR**                                                          **PLAINTIFF**
**ADC #084807**

**v.**                         **No. 2:23-CV-00129-LPR-JTK**

**BRANDY MOODY, et al.**                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 29). No objections have been filed, and the time to do so has expired. After a *de novo* review of the PRD and careful consideration of the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 21) is DENIED without prejudice.

IT IS SO ORDERED this 29th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE