**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DAVID LEE STARR** **PLAINTIFF**
**ADC # 084807**

**v.** **Case No. 2:23-cv-00129-LPR**

**GREY RECHCIGL, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that (1) Plaintiff's claims arising before June 8, 2020 are DISMISSED with prejudice, and (2) all other claims brought in this case are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 12th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE